# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**KENNETH RAY MARSHALL**                                                   **PETITIONER**

**4:20CV00732 JM/PSH**

**DEXTER PAYNE, DIRECTOR,**
**Arkansas Department of Correction**                                **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 30th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE